IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| GREGORY LOVE, | ) | |
| AIS # 206953, | ) | |
|    Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 1:20-00588-JB-N |
| | ) | |
| RAYNARD HALL, *COI, and* | ) | |
| ROBERT STEWART, *COI*, | ) | |
|    Defendants. | ) | |

**ORDER**

After due and proper consideration of the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge (Doc. 27) made under 28 U.S.C. § 636(b)(1)(B)-(C), Federal Rule of Civil Procedure 72(b), and S.D. Ala. GenLR 72(a), and dated March 2, 2022, is **ADOPTED** as the opinion of this Court. Accordingly, the following is **ORDERED**:

- Summary judgment is **GRANTED** in favor of Defendants Raynard Hall and Robert Stewart on Plaintiff Gregory Love's claims against them in their official capacities under 42 U.S.C. § 1983, which are accordingly **DISMISSED with prejudice**;

- Summary judgment is **GRANTED** in favor of Defendants on Love's Fourth Amendment claims under § 1983, which are accordingly **DISMISSED with prejudice**;

- Summary judgment is **DENIED** as to Love's Eighth Amendment claims under § 1983 against Defendants in their individual capacities.

**DONE and ORDERED** this 23rd day of March, 2022.

                                                /s/ JEFFREY U. BEAVERSTOCK
                                              CHIEF UNITED STATES DISTRICT JUDGE